# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00631-CR

**Jason Sibley, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
NO. D-1-DC-13-300292, HONORABLE BERT RICHARDSON, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

In the above cause, appellant's brief was first due on February 19, 2015. Appellant's counsel has now filed his fifth motion for extension of time to file appellant's brief, seeking an extension until July 22, 2015. In the motion, counsel indicates that this will be the final extension that he requests. We agree that it should be. We grant the motion and ORDER counsel to file appellant's brief no later than the following Monday, July 27, 2015. No further extensions will be granted. If appellant fails to file a brief by the deadline, a hearing before the district court will be ordered.[1]

---

[1] *See* Tex. R. App. P. 38.8(b).

It is ordered on June 25, 2015.


Before Justices Puryear, Pemberton, and Bourland

Do Not Publish